# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:16-cr-129 |
| | ) | |
| v. | ) | Judge Travis R. McDonough |
| | ) | |
| LACHARLESTON HAGGARD | ) | Magistrate Judge Christopher H. Steger |
| | ) | |

## ORDER

On March 2, 2017, United States Magistrate Judge Christopher H. Steger filed a Report and Recommendation recommending: (a) the Court accept Defendant's plea of guilty to Count One of the Indictment; (b) the Court adjudicate Defendant guilty of the charges set forth in Count One of the Indictment; and (c) Defendant remain in custody pending sentencing in this matter. (Doc. 19.) Neither party filed an objection within the allotted fourteen-day period. After reviewing the record, the Court agrees with Judge Steger's Report and Recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1). It is therefore **ORDERED**:

1. Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Indictment; and

3. Defendant **SHALL REMAIN IN CUSTODY** pending sentencing on **June 2, 2017,** at **2:00 p.m.**

**ENTER.**

　　　　　　　　　　　　　　　　*/s/Travis R. McDonough*
　　　　　　　　　　　　　　　　**TRAVIS R. MCDONOUGH**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**